BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2739
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED

MAR 27 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: <br><br> 9480 West Stockton Blvd., Elk Grove, California, Storage Unit #E1002 | CASE NO. 2:13-SW-565-DAD <br><br> REQUEST TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT |

The search warrant in the above-captioned proceeding was executed on August 21, 2013. As a result, there is no need for the search warrant or search warrant affidavit to remain under seal. Accordingly, the United States asks that the Court order that the search warrant and search warrant affidavit be unsealed.

Dated: March 27, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Christiaan Highsmith
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney